**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric S. Delaney                                         CHAPTER 13
       Jaime D. Delaney
              Debtor(s)                                         BKY. NO. 22-20486 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
12 Apr 2022, 14:07:24, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)   ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com