FILED
5/27/22 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

ERIC S. DELANEY
JAIME D. DELANEY,

        Debtor

_____

ERIC S. DELANEY,

        Movant

vs.

**MSPGA LLC Snack N Pack**, and
and Ronda J. Winnecour, Trustee,

        Respondents

Case No: 22-20486-GLT

Doc # 32

Chapter 13

## AMENDED ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor, ERIC S. DELANEY, having filed a Chapter 13 Petition and Debtor Trustee having moved to attach wages to fund the Chapter 13 Plan,

    IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Debtor receives income:

        MSPGA LLC
        353 EAST JEFFERSON STREET
        BUTLER, PA 16001
        ATTN: PAYROLL

(1) shall deduct from said income the sum of **$521.00 BI-WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA
        P.O. BOX 84051
        CHICAGO, IL 60689-4002

(2) The Debtor is paid BI-WEEKLY, and the monthly Plan payment is $994.00
(3) The above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.
(4) The Debtor(s) shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number, on

the Respondent. Debtor shall file a Certificate of Service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) All remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANYCHILD OR DOMESTIC SUPPORT PAYMENTS.

**(7) This Order supersedes previous Orders made to the above-named entity in this case.**

(8) The Respondent shall not charge any fee to the Debtor, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

(9) The Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATED this 27th day of May, 2022.

The Hon. Gregory L. Taddonio    hct

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20486-GLT |
| Eric S Delaney | Chapter 13 |
| Jaime D Delaney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric S Delaney, Jaime D Delaney, 209 1st Street, Butler, PA 16001-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Joint Debtor Jaime D Delaney criegerlaw@gmail.com |
| Christian M Rieger | on behalf of Debtor Eric S Delaney criegerlaw@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 27, 2022 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6