# Notice Recipients

District/Off: 0315−2  User: auto  Date Created: 11/23/2022
Case: 22−20486−GLT  Form ID: 309  Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          LAKEVIEW LOAN SERVICING, LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Brian Nicholas         bnicholas@kmllawgroup.com
aty         Christian M Rieger         criegerlaw@gmail.com
aty         Jeffrey Hunt         ecfpeoples@grblaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Eric S Delaney        209 1st Street        Butler, PA 16001
jdb         Jaime D Delaney        209 1st Street        Butler, PA 16001
cr          PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
cr          Peoples Gas Company, f/k/a Peoples TWP LLC        c/o Jeffrey R. Hunt, Esquire        525 William Penn Place        Suite 3110        Pittsburgh        PA, 15219 UNITED STATES
15463878    Bayview Financial Loan        Attn: Bankruptcy Dept        4425 Ponce De Leon Blvd. 5th Floor        Coral Gables, FL 33146
15464410    Cavalry SPV I, LLC        PO Box 4252        Greenwich, CT 06831
15463879    Collection Service Center, Inc.        Attn: Bankrupcy        839 5th Ave        New Kensington, PA 15068
15483890    Community Loan Servicing, LLC f/k/a Bayview Loan S        4425 Ponce De Leon Blvd., 5th Floor        Coral Gables, FL 33146
15463880    KML Law Group PC        701 Market Street Suite 5000        Philadelphia, PA 19106
15470096    Kohl's        Peritus Portfolio Services II, LLC        PO BOX 141509        IRVING, TX 75014
15463881    Kohls/Capital One        Attn: Credit Administrator        Po Box 3043        Milwaukee, WI 53201
15465873    Midland Credit Management, Inc.        PO Box 2037        Warren, MI 48090
15463882    Midland Fund        Attn: Bankruptcy        350 Camino De La Reine, Suite 100        San Diego, CA 92108
15474182    Pennsylvania American Water        P.O. Box 2798        Camden, NJ 08101
15472346    Peoples Gas Company LLC f/k/a Peoples TWP        GRB Law        c/o Jeffrey R. Hunt, Esquire        525 William Penn Place        Suite 3110        Pittsburgh, PA 15219
15464198    Synchrony Bank        c/o of PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
15463883    Synchrony/PayPal Credit        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
15463884    Target        c/o Financial & Retail Services        Mailstop BT PO Box 9475        Minneapolis, MN 55440
15480888    Verizon        by American InfoSource as agent        PO Box 4457        Houston, TX 77210−4457
15463885    Verizon Wireless        Attn: Bankruptcy        500 Technology Dr, Ste 599        Weldon Springs, MO 63304
15472620    West Penn Power        5001 NASA Blvd        Fairmont WV 26554

TOTAL: 21