# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 11/23/2022 |
| Case: 22−20486−GLT | Form ID: pdf900 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    LAKEVIEW LOAN SERVICING, LLC

    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    Brian Nicholas    bnicholas@kmllawgroup.com
aty    Christian M Rieger    criegerlaw@gmail.com
aty    Jeffrey Hunt    ecfpeoples@grblaw.com

    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Eric S Delaney    209 1st Street    Butler, PA 16001
jdb    Jaime D Delaney    209 1st Street    Butler, PA 16001
cr    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
cr    Peoples Gas Company, f/k/a Peoples TWP LLC    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh    PA, 15219 UNITED STATES
15463878    Bayview Financial Loan    Attn: Bankruptcy Dept    4425 Ponce De Leon Blvd. 5th Floor    Coral Gables, FL 33146
15464410    Cavalry SPV I, LLC    PO Box 4252    Greenwich, CT 06831
15463879    Collection Service Center, Inc.    Attn: Bankrupcy    839 5th Ave    New Kensington, PA 15068
15483890    Community Loan Servicing, LLC f/k/a Bayview Loan S    4425 Ponce De Leon Blvd., 5th Floor    Coral Gables, FL 33146
15463880    KML Law Group PC    701 Market Street Suite 5000    Philadelphia, PA 19106
15470096    Kohl's    Peritus Portfolio Services II, LLC    PO BOX 141509    IRVING, TX 75014
15463881    Kohls/Capital One    Attn: Credit Administrator    Po Box 3043    Milwaukee, WI 53201
15465873    Midland Credit Management, Inc.    PO Box 2037    Warren, MI 48090
15463882    Midland Fund    Attn: Bankruptcy    350 Camino De La Reine, Suite 100    San Diego, CA 92108
15474182    Pennsylvania American Water    P.O. Box 2798    Camden, NJ 08101
15472346    Peoples Gas Company LLC f/k/a Peoples TWP    GRB Law    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place    Suite 3110    Pittsburgh, PA 15219
15464198    Synchrony Bank    c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
15463883    Synchrony/PayPal Credit    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
15463884    Target    c/o Financial & Retail Services    Mailstop BT PO Box 9475    Minneapolis, MN 55440
15480888    Verizon    by American InfoSource as agent    PO Box 4457    Houston, TX 77210−4457
15463885    Verizon Wireless    Attn: Bankruptcy    500 Technology Dr, Ste 599    Weldon Springs, MO 63304
15472620    West Penn Power    5001 NASA Blvd    Fairmont WV 26554

    TOTAL: 21