**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>ERIC S DELANEY<br>JAIME D DELANEY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:22-20486 GLT<br><br>Document No.: |
|---|---|

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/16/2022 and confirmed on 04/28/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 673.02 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 668.02 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 219.91 | |
| 　Trustee Fee | 19.52 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 239.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 0399 | 0.00 | 428.59 | 0.00 | 428.59 |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 0399 | 23,157.19 | 0.00 | 0.00 | 0.00 |
| | | | | 428.59 |
| **Priority** | | | | |
| 　CHRISTIAN M RIEGER ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ERIC S DELANEY<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ERIC S DELANEY<br>　　Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| 　CHRISTIAN M RIEGER ESQ**<br>　　Acct: | 3,438.00 | 219.91 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| 　BUTLER AREA SEWER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8IPE KOHLS | 744.22 | 0.00 | 0.00 | 0.00 |
| Acct: 8331 MIDLAND CREDIT MANAGEMENT INC | 946.54 | 0.00 | 0.00 | 0.00 |
| Acct: 0557 MIDLAND CREDIT MANAGEMENT INC | 297.79 | 0.00 | 0.00 | 0.00 |
| Acct: 6321 MIDLAND CREDIT MANAGEMENT INC | 1,675.06 | 0.00 | 0.00 | 0.00 |
| Acct: 3911 TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2099 VERIZON BY AMERICAN INFOSOURCE AS | 2,031.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 WEST PENN POWER* | 6,892.35 | 0.00 | 0.00 | 0.00 |
| Acct: 5742 CAVALRY SPV I LLC - ASSIGNEE(*) | 969.64 | 0.00 | 0.00 | 0.00 |
| Acct: 8483 PEOPLES NATURAL GAS CO LLC* | 2,615.42 | 0.00 | 0.00 | 0.00 |
| Acct: 6434 PA AMERICAN WATER(*) AKA AMERICAN W | 392.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4906 SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9814 KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 428.59 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      23,157.19
UNSECURED    16.565.26

Date: 01/12/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com