**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ERIC S DELANEY<br>JAIME D DELANEY<br>　　　　Debtor(s) | Case No.:22-20486 GLT |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 03/16/2022 and confirmed on 04/28/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 673.02 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 673.02 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 219.91 | |
| 　Trustee Fee | 19.52 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 239.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 0399 | 0.00 | 428.59 | 0.00 | 428.59 |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 0399 | 23,157.19 | 0.00 | 0.00 | 0.00 |
| | | | | 428.59 |
| **Priority** | | | | |
| 　CHRISTIAN M RIEGER ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ERIC S DELANEY<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ERIC S DELANEY<br>　　Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| 　ERIC S DELANEY<br>　　Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| 　CHRISTIAN M RIEGER ESQ**<br>　　Acct: | 3,438.00 | 219.91 | 0.00 | 0.00 |
| 　RONDA J WINNECOUR TRUSTEE/CLERK<br>　　Acct: XXXXXXXXXXXXXXXXX0486 | 5.00 | 5.00 | 0.00 | 5.00 |

| 22-20486 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 5.00 |

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| BUTLER AREA SEWER AUTHORITY  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC  Acct: 8IPE | 0.00 | 0.00 | 0.00 | 0.00 |
| KOHLS  Acct: 8331 | 744.22 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 0557 | 946.54 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 6321 | 297.79 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 3911 | 1,675.06 | 0.00 | 0.00 | 0.00 |
| TARGET  Acct: 2099 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS  Acct: 0001 | 2,031.26 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*  Acct: 5742 | 6,892.35 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)  Acct: 8483 | 969.64 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 6434 | 2,615.42 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN \  Acct: 4906 | 392.98 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 9814 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| TOTAL PAID TO CREDITORS | | 433.59 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 5.00 | |
| SECURED | 23,157.19 | |
| UNSECURED | 16.565.26 | |

Date: 06/07/2023                                                                 /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com